AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ADLER, JAN M. | US DISTRICT COURT, SDCA | 04/17/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE FULL-TIME | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
940 FRONT STREET, ROOM 2140
SAN DIEGO, CA 92101-8928

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | EQUITY PARTNERS SPECIAL PURPOSE LLC |
| 2. | CO-TRUSTEE | TRUST #1 |
| 3. | 9TH CIRCUIT DIRECTOR | FEDERAL MAGISTRATE JUDGES ASSOCIATION |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | FEE INCOME FROM FORMER LAW FIRM TO BE COLLECTED FOR WORK PERFORMED BEFORE LEAVING THE FIRM, APPROXIMATELY $35,000 PER YEAR THROUGH 2025. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | EQUITY PARTNERS SPECIAL PURPOSE LLC- MEMBER INCOME | $34,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Nuskin; redeemed value of ADR points |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL MAGISTRATE JUDGES ASSOCIATION | 3/21/2016-3/23/2016 | WASHINGTON, D.C. | BOARD MEETINGS | TRANSPORATION, HOTEL AND FOOD |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. AMERIPRISE BROKERAGE ACCOUNT - CASH EQUIVALENTS | | None | J | T | Sold (part) | 01/06/16 | K | | |
| 3. | | | | | Sold (part) | 01/22/16 | K | | |
| 4. | | | | | Sold (part) | 08/01/16 | K | | |
| 5. | | | | | Sold (part) | 08/16/16 | K | | |
| 6. - AMCAP CL A | C | Dividend | L | T | | | | | |
| 7. - AMERICAN BALANCED CL A | C | Dividend | L | T | | | | | |
| 8. - AMERICAN SHORT TERM TAX EXEMPT BOND CL A | A | Dividend | | | Sold (part) | 07/27/16 | K | A | |
| 9. | | | | | Sold | 09/13/16 | L | A | |
| 10. - CAPITAL INCOME BUILDER CL A | | None | | | Sold | 01/06/16 | L | A | |
| 11. - GROWTH FUND OF AMERICA CL A | C | Dividend | K | T | | | | | |
| 12. - LIMITED TERM TAX EXEMPT BOND AMERICA CL A | B | Dividend | | | Sold | 09/13/16 | L | B | |
| 13. - NEW PERSPECTIVE CL A | C | Dividend | L | T | | | | | |
| 14. - NEW WORLD CL A | A | Dividend | K | T | Sold (part) | 07/27/16 | K | C | |
| 15. - WASHINGTON MUTUAL INVESTORS CL A | C | Dividend | K | T | Sold (part) | 07/27/16 | K | C | |
| 16. | | | | | Sold (part) | 09/13/16 | L | E | |
| 17. AMERIPRISE BROKERAGE ACCOUNT IRA #1 - MM - CASH EQUIVALENTS | | None | J | T | Sold (part) | 05/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AMG YACKTMAN FOCUSED SERVICE CL | | None | | | Sold | 07/07/16 | K | | |
| 19. - CAPITAL INCOME BUILDER CL A | B | Dividend | | | Sold | 07/07/16 | L | D | |
| 20. - CAPITAL WORLD GROWTH & INCOME - A | A | Dividend | | | Sold | 07/07/16 | K | D | |
| 21. - FUNDAMENTAL INVESTORS - A | A | Dividend | | | Sold | 07/07/16 | L | D | |
| 22. - NEW PERSPECTIVE - A | | None | | | Sold | 07/07/16 | L | E | |
| 23. - NEW WORLD | | None | | | Sold | 07/07/16 | K | | |
| 24. - XENIA HOTELS & RESORTS | A | Dividend | | | Sold | 05/24/16 | J | | |
| 25. - CNL LIFESTYLE PROPERTIES INC REIT | C | Distribution | J | T | | | | | |
| 26. - HIGHLANDS REIT | B | Dividend | K | T | Buy | 04/28/16 | J | | |
| 27. - INVESTRUST PROPERTIES | A | Dividend | K | T | | | | | |
| 28. AMERIPRISE BROKERAGE ACCOUNT IRA #2 - MM - CASH EQUIVALENTS | | None | J | T | | | | | |
| 29. - AMERICAN CAPITAL INCOME BUILDER - A | B | Dividend | K | T | | | | | |
| 30. - AMERICAN CAPITAL WORLD GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 31. AMERIPRISE ONE FINANCIAL ACCOUNT - MM - CASH EQUIVALENTS | | None | K | T | Buy (add'l) | 01/06/16 | K | | |
| 32. | | | | | Buy (add'l) | 01/13/16 | L | | |
| 33. | | | | | Buy (add'l) | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 35. | | | | | Buy (add'l) | 06/30/16 | K | | |
| 36. | | | | | Buy (add'l) | 08/01/16 | K | | |
| 37. | | | | | Buy (add'l) | 08/16/16 | K | | |
| 38. | | | | | Sold (part) | 10/18/16 | K | | |
| 39. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 40. | | | | | Sold (part) | 12/15/16 | J | | |
| 41. | | | | | Buy (add'l) | 12/19/16 | K | | |
| 42. - FRANKLIN LIMITED TAX-FREE INCOME CA | A | Dividend | | | Sold | 09/13/16 | K | | |
| 43. - INTERMEDIATE BOND FUND OF AMERICA CL A | A | Dividend | | | Sold | 09/13/16 | K | | |
| 44. - CNL HEALTHCARE TR INC | B | Dividend | L | T | | | | | |
| 45. STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1 - CASH EQUIVALENTS | | None | K | T | Sold (part) | 01/13/16 | L | | |
| 46. | | | | | Sold (part) | 06/20/16 | J | | |
| 47. | | | | | Buy (add'l) | 09/16/16 | K | | |
| 48. | | | | | Buy (add'l) | 09/16/16 | M | | |
| 49. | | | | | Sold (part) | 12/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Sold (part) | 12/19/16 | K | | |
| 51. - BARON SMALL CAP FUND | D | Dividend | K | T | | | | | |
| 52. - COLUMBIA DIVIDEND OPPORTUNITY CL A | B | Dividend | L | T | | | | | |
| 53. - DOUBLELINE TOTAL RETURN BOND CL N | A | Dividend | | | Sold | 09/13/16 | K | | |
| 54. - 1ST EAGLE GLOBAL - A FIRST EAGLE FUND | | None | | | Sold | 01/06/16 | L | B | |
| 55. - FRANKLIN MANAGED TR RISING DIVIDEND FUND CL A | B | Dividend | L | T | | | | | |
| 56. - GABELLI ASSET AAA | D | Dividend | L | T | | | | | |
| 57. - CLEARBRIDGE MIDCAP CORE A | B | Dividend | L | T | | | | | |
| 58. - METROPOLITAN WEST LOW DURATION BOND CL M | A | Dividend | | | Sold | 09/13/16 | K | | |
| 59. - VIRTUS REAL ESTATE SECURITIES | D | Dividend | K | T | Sold (part) | 10/11/16 | K | D | |
| 60. - iSHARES TIPS | A | Dividend | K | T | Buy | 10/11/16 | K | | |
| 61. | | | | | Sold (part) | 12/08/16 | J | | |
| 62. - iSHARES iBOXX INVESTMENT GRADE CORP BOND ETF | A | Dividend | L | T | Buy | 09/16/16 | L | | |
| 63. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 64. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 65. | | | | | Sold (part) | 12/08/16 | J | | |
| 66. - iSHARES SHORT TERM BOND ETF | A | Dividend | K | T | Buy | 09/16/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold (part) | 12/08/16 | J | | |
| 68. - iSHARES CALIFORNIA MUNI BOND ETF | A | Dividend | L | T | Buy | 09/16/16 | L | | |
| 69. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 70. | | | | | Sold (part) | 12/08/16 | J | | |
| 71. - POWERSHARES SENIOR LOAN ETF | | None | | | Buy | 09/16/16 | J | | |
| 72. | | | | | Sold | 10/11/16 | J | A | |
| 73. - POWERSHARES EMERGING MARKETS SOVEREIGN DEBT ETF | A | Dividend | K | T | Buy | 09/16/16 | J | | |
| 74. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 75. | | | | | Sold (part) | 12/08/16 | J | | |
| 76. - VANECK VECTORS ETF | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 78. - VANGUARD TOTAL INTL BOND INDEX ETF | A | Dividend | | | Buy | 09/16/16 | K | | |
| 79. | | | | | Sold | 10/11/16 | K | A | |
| 80. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | K | T | Buy | 09/16/16 | K | | |
| 81. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 82. | | | | | Sold (part) | 12/08/16 | J | | |
| 83. - S&P 500 ETF TRUST (SPDR) UNIT SER 1 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. - VANGUARD TOTAL STOCK MARKET | A | Dividend | K | T | Sold (part) | 10/11/16 | J | C | |
| 85. STRATEGIC PORTOLIO SERVICE ADVANTAGE, IRA #2 - CASH EQUIVALENTS | | None | | | Buy (add'l) | 05/23/16 | K | | |
| 86. | | | | | Sold | 07/14/16 | O | | |
| 87. - BLACKROCK HEALTH SCIENCES INVESTOR CL A | | None | | | Sold | 07/07/16 | K | | |
| 88. - COLUMBIA DIVIDEND OPPORTUNITY CL A | A | Dividend | | | Sold | 07/07/16 | L | | |
| 89. - DOUBLELINE TOTAL RETURN BOND CL N | B | Dividend | | | Buy (add'l) | 05/25/16 | L | | |
| 90. | | | | | Sold | 07/07/16 | M | | |
| 91. - FRANKLIN INCOME CL A | C | Dividend | | | Sold | 07/07/16 | L | | |
| 92. - FRANKLIN RISING DIVIDENDS | A | Dividend | | | Sold | 07/07/16 | L | E | |
| 93. - FRANKLIN STRATEGIC INCOME CA | A | Dividend | | | Sold | 05/23/16 | K | | |
| 94. - FRANKLIN BIOTECH DISCOVERY CL A | | None | | | Sold | 05/23/16 | K | | |
| 95. - AMG YACKTMAN FOCUSED SERVICE CL | | None | | | Sold | 07/07/16 | L | | |
| 96. - METROPOLITAN WEST LOW DURATION BOND CL M | A | Dividend | | | Sold | 07/07/16 | M | | |
| 97. - METROPOLITAN WEST TOTAL RETURN BOND CL M | A | Dividend | | | Sold | 07/07/16 | K | A | |
| 98. - NATIXIS ASG MANAGED FUTURES STRATEGY CL A | | None | | | Sold | 07/07/16 | K | A | |
| 99. - NUVEEN SANTANA BARBARA GROWTH CL A | | None | | | Sold | 07/07/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. - WEITZ SHORT INTERIM INCOME | A | Dividend | | | Sold | 07/07/16 | L | | |
| 101. - iSHARES EDGE MSCI MIN VOLATILITY ETF | A | Dividend | | | Buy | 05/23/16 | L | | |
| 102. | | | | | Sold | 07/07/16 | L | C | |
| 103. - XENIA HOTELS & RESORTS | | None | | | Buy | 05/24/16 | J | | |
| 104. | | | | | Sold | 05/25/16 | J | | |
| 105. - S&P (SPDR) GOLD TRUST | | None | | | Sold | 07/07/16 | K | | |
| 106. - VANGUARD TOTAL STOCK MARKET | A | Dividend | | | Sold | 07/07/16 | L | D | |
| 107. AMERIPRISE ACTIVE PORTFOLIO IRA - CASH EQUIVALENTS | | None | J | T | Open | 12/12/16 | M | | |
| 108. - iSHARES CORE S&P 500 ETF | B | Dividend | M | T | Buy | 12/13/16 | M | | |
| 109. - iSHARES CORE US AGGREGATE BOND ETF | A | Dividend | L | T | Buy | 12/13/16 | L | | |
| 110. - iSHARES 20+YR TREASURY BOND ETF | | None | J | T | Buy | 12/13/16 | J | | |
| 111. - iSHARES US TELECOMMUNICATIONS ETF | A | Dividend | K | T | Buy | 12/13/16 | K | | |
| 112. - iSHARES TECHNOLOGY ETF | A | Dividend | L | T | Buy | 12/13/16 | L | | |
| 113. - SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | | None | K | T | Buy | 12/13/16 | K | | |
| 114. - SECTOR HEALTHCARE SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy | 12/13/16 | K | | |
| 115. - SELECT SECTOR TR REAL ESTATE SPDR ETF | A | Dividend | K | T | Buy | 12/13/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. AMERPRISE STRATEGIC PORTFOLIO SERVICE ADVISOR IRA #1 - CASH EQUIVALENT | | None | J | T | Open | 07/12/16 | M | | |
| 117. - ABBVIE INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 118. - ALTRIA GROUP INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 119. - BCE INC NEW | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 120. - CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 121. - CLOROX COMPANY | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 122. - CRACKER BARREL OLD COUNTRY STORE INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 123. - DOMINION RESOURCES INC VA NEW | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 124. - GENERAL ELECTRIC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 125. - GLAXOSMITHKLINE PLC SPONSORED ADR | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 126. - JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 127. - KIMBERLY CLARK CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 128. - LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 129. - MAXIM INTEGRATED PRODUCTS INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 130. - MERCK & COMPANY INC NEW | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 131. - METLIFE INC | A | Dividend | J | T | Buy | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 132. - MICROSOFT CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 133. - NATIONAL GRID PLC SPONSORED ADR NEW | | None | J | T | Buy | 07/13/16 | J | | |
| 134. - NUCOR CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 135. - PAYCHEX INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 136. - REALTY INCOME CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 137. - SIMON PROPERTY GROUP INC NEW | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 138. - SOUTHERN COMPANY | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 139. - TARGET CORP | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 140. - UNITED BANKSHARES INC WV | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 141. - VERIZON COMMUNICATIONS INC | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 142. - WELLS FARGO & CO NEW | A | Dividend | | | Buy | 07/13/16 | J | | |
| 143. | | | | | Sold | 09/30/16 | J | | |
| 144. AMERIPRISE STRATEGIC PORTFOLIO SERVICE ADVISOR #2 - CASH EQUIVALENTS | | None | J | T | Open | 07/12/16 | L | | |
| 145. | | | | | Buy (add'l) | 07/14/16 | O | | |
| 146. | | | | | Sold (part) | 12/12/16 | N | | |
| 147. - ALPHABET INC CL A | | None | | | Buy | 07/15/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 148. | | | | | Sold (part) | 10/04/16 | J | A | |
| 149. | | | | | Sold | 11/01/16 | K | B | |
| 150. - AMGEN INC | A | Dividend | | | Buy | 07/15/16 | K | | |
| 151. | | | | | Sold (part) | 10/04/16 | J | A | |
| 152. | | | | | Sold | 11/01/16 | K | | |
| 153. - CHINA MOBILE LIMITED SPONSORED ADRS | A | Dividend | | | Buy | 07/15/16 | K | | |
| 154. | | | | | Sold (part) | 10/04/16 | J | A | |
| 155. | | | | | Sold | 11/01/16 | K | | |
| 156. - CHUBB LTD | A | Dividend | | | Buy | 07/15/16 | K | | |
| 157. | | | | | Sold | 11/01/16 | K | | |
| 158. - CISCO SYSTEMS INC | A | Dividend | | | Buy | 07/15/16 | K | | |
| 159. | | | | | Sold (part) | 10/04/16 | J | A | |
| 160. | | | | | Sold | 11/01/16 | K | A | |
| 161. - WALT DISNEY CO | | None | | | Buy | 07/15/16 | K | | |
| 162. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 163. | | | | | Sold | 11/01/16 | K | | |
| 164. - EXXON MOBILE CORP | A | Dividend | | | Buy | 07/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 165. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 166. | | | | | Sold | 11/01/16 | K | | |
| 167. - GENERAL ELECTRIC COMPANY | A | Dividend | | | Buy | 07/15/16 | K | | |
| 168. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 169. | | | | | Sold | 11/01/16 | K | | |
| 170. - HOME DEPOT INC | A | Dividend | | | Buy | 07/15/16 | K | | |
| 171. | | | | | Sold | 11/01/16 | K | | |
| 172. - iSHARES TIPS BOND ETF | A | Dividend | K | T | Buy | 10/04/16 | K | | |
| 173. | | | | | Sold (part) | 12/07/16 | K | | |
| 174. - iSHARES EDGE MISCI MIN VOLATILITY ETF | A | Dividend | | | Buy | 07/15/16 | L | | |
| 175. | | | | | Sold (part) | 10/04/16 | K | | |
| 176. | | | | | Sold | 11/01/16 | L | | |
| 177. - iSHARES iBOXX $INVESTMENT GRADE CORP BOND ETF | B | Dividend | L | T | Buy | 07/15/16 | L | | |
| 178. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 179. | | | | | Sold (part) | 12/07/16 | K | | |
| 180. - iSHARES 7-10 YR TREASURY BOND ETF | A | Dividend | L | T | Buy | 07/15/16 | M | | |
| 181. | | | | | Sold (part) | 11/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 182. | | | | | Sold (part) | 12/07/16 | K | | |
| 183.  - iSHARES EDGE MSCI MIN VOLATILITY EAFE ETF | | None | | | Buy | 07/15/16 | K | | |
| 184. | | | | | Sold (part) | 10/04/16 | J | A | |
| 185. | | | | | Sold | 11/01/16 | K | | |
| 186.  - iSHARES 1-3 YR TREASURY BOND ETF | A | Dividend | K | T | Buy | 07/15/16 | L | | |
| 187. | | | | | Sold (part) | 10/04/16 | J | | |
| 188. | | | | | Sold (part) | 11/01/16 | J | | |
| 189. | | | | | Sold (part) | 12/07/16 | K | | |
| 190.  - JPMORGAN CHASE & COMPANY | A | Dividend | | | Buy | 07/15/16 | K | | |
| 191. | | | | | Sold (part) | 10/04/16 | J | A | |
| 192. | | | | | Sold | 11/01/16 | K | B | |
| 193.  - iSHARES CORE S&P MID CAP ETF | A | Dividend | L | T | Buy | 11/01/16 | M | | |
| 194. | | | | | Sold (part) | 12/07/16 | L | D | |
| 195.  - iSHARES CORE S&P SMALL CAP ETF | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 196. | | | | | Sold (part) | 12/07/16 | K | C | |
| 197.  - iSHARES INTL SELECT DIVIDEND ETF | A | Dividend | L | T | Buy | 11/01/16 | M | | |
| 198. | | | | | Sold (part) | 12/07/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. - KROGER COMPANY | A | Dividend | | | Buy | 07/15/16 | K | | |
| 200. | | | | | Sold | 10/04/16 | K | | |
| 201. - LOCKHED MARTIN GROUP | | None | | | Buy | 10/04/16 | K | | |
| 202. | | | | | Sold | 11/01/16 | K | A | |
| 203. - MICROSOFT CORP | A | Dividend | | | Buy | 07/15/16 | K | | |
| 204. | | | | | Sold (part) | 10/04/16 | J | A | |
| 205. | | | | | Sold | 11/01/16 | K | B | |
| 206. - NATIONAL GRID PLC SPONSORED ADR NEW | | None | | | Buy | 07/15/16 | K | | |
| 207. | | | | | Sold | 11/01/16 | K | | |
| 208. - NOVO NORDISK AS ADR | A | Dividend | | | Buy | 07/15/16 | K | | |
| 209. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 210. | | | | | Sold | 11/01/16 | K | | |
| 211. - ORACLE CORP | A | Dividend | | | Buy | 07/15/16 | K | | |
| 212. | | | | | Sold | 11/01/16 | K | | |
| 213. - PEPSICO INC | A | Dividend | | | Buy | 07/15/16 | K | | |
| 214. | | | | | Sold | 11/01/16 | K | | |
| 215. - POWERSHARES EMERGING MARKET SOVEREIGN DEBT ETF | A | Dividend | K | T | Buy | 09/15/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 216. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 217. | | | | | Sold (part) | 12/07/16 | K | | |
| 218. - POWERSHARES EXCHANGE TRADED FUND TR II S&P 600 LOW VOLATILITY PORT | A | Dividend | | | Buy | 07/15/16 | K | | |
| 219. | | | | | Sold | 11/01/16 | K | | |
| 220. - POWERSHARES EXCHANGE TRADED FUND TR II S&P 400 LOW VOLATILITY PORT | A | Dividend | | | Buy | 07/15/16 | K | | |
| 221. | | | | | Sold | 11/01/16 | K | | |
| 222. - POWERSHARES SENIOR LOAN PORT ETF | A | Dividend | | | Buy | 07/15/16 | K | | |
| 223. | | | | | Sold | 10/04/16 | K | A | |
| 224. - SCHLUMBERGER LTD | A | Dividend | | | Buy | 07/15/16 | K | | |
| 225. | | | | | Sold | 11/01/16 | K | | |
| 226. - SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | A | Dividend | J | T | Buy | 07/15/16 | K | | |
| 227. | | | | | Sold (part) | 12/07/16 | J | A | |
| 228. - STARBUCKS CORP | A | Dividend | | | Buy | 07/15/16 | K | | |
| 229. | | | | | Sold | 11/01/16 | K | | |
| 230. - UNILEVER PLC SPONSORED ADR NEW | A | Dividend | | | Buy | 07/15/16 | K | | |
| 231. | | | | | Sold | 11/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 232. - VANGUARD TOTAL INTL BOND INDEX ETF | A | Dividend | | | Buy | 07/15/16 | K | | |
| 233. | | | | | Sold | 10/04/16 | K | A | |
| 234. - VANGUARD FTSE ALL WORLD EX US SMALL CAP ETF | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 235. | | | | | Sold (part) | 12/07/16 | J | | |
| 236. - VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 237. | | | | | Sold (part) | 12/07/16 | K | | |
| 238. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | K | T | Buy | 07/15/16 | L | | |
| 239. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 240. | | | | | Sold (part) | 11/01/16 | J | | |
| 241. | | | | | Sold (part) | 12/07/16 | K | | |
| 242. - VANGUARD S&P 500 INDEX ETF NEW | A | Dividend | M | T | Buy | 11/01/16 | M | | |
| 243. | | | | | Sold (part) | 12/07/16 | M | D | |
| 244. - VISA INC CLASS A | A | Dividend | | | Buy | 07/15/16 | K | | |
| 245. | | | | | Sold (part) | 10/04/16 | J | A | |
| 246. | | | | | Sold | 11/01/16 | K | A | |
| 247. RIVERSOURCE LIFE INSURANCE COL RAVA 5 - COLUMBIA VP | | None | N | T | | | | | |
| 248. RIVERSOURCE RETIREMENT ADVISOR 4 - VP MODERATE CL 4 | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 249. RIVERSOURCE LIFE PROTECTIONI PLUS UL INSURANCE | | None | M | T | | | | | |
| 250. JP MORGAN CHASE BANK ACCOUNTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 1: HEADER FOR INVESTMENTS LINES 2-250 HELD IN TRUST #1.

PART VII, LINES 24 & 104: XENIA HOTELS & RESORTS LISTED AS SOLD WAS A TRANSFER TO STRATEGIC PORTFOLIO SERVICE ADVANTAGE IRA #2.

PART VII, LINE 26: HIGHLANDS REIT IS A SPIN-OFF FROM INLAND AMERICA N/K/A INVESTRUST PROPERTIES (LINE 27). THIS PROGRAM WOULD NOT ALLOW ME TO SELECT THE SPIN-OFF OPTION FOR COLUMN D(1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JAN M. ADLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544